UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| Carrie Minter, Cielo Jean Gibson, Dessie Mitcheson, Eva Pepaj, Hillary Hepner, Ina Schnitzer, Irina Voronina, Jaime Edmondson Longoria, Jessica Hinton, Katarina Van Derham, Kimberly Cozzens, Lucy Pinder, Paola Canas, Rachel Koren, Sara Underwood, Tara Leigh Patrick, and Tiffany Toth Gray<br><br>Plaintiffs<br><br>vs.<br><br>Ferny Properties LLC dba The Northern<br><br>Defendant. | Case No.: 3:21-CV-00210-ARS<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Ferny Properties LLC dba The Northern hereby discloses it has no parent corporations and no public-held company owns 10% or more of its stock.

Dated this 28 day of December, 2021.

_____
Bradley J. Beehler #05319
MORLEY LAW FIRM, LTD.
P.O. Box 14519
Grand Forks, ND 58208-4519
(701) 772-7266
Attorneys for Ferny Properties LLC
dba The Northern
bbeehler@morleylawfirm.com

1

UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| Carrie Minter, Cielo Jean Gibson, Dessie Mitcheson, Eva Pepaj, Hillary Hepner, Ina Schnitzer, Irina Voronina, Jaime Edmondson Longoria, Jessica Hinton, Katarina Van Derham, Kimberly Cozzens, Lucy Pinder, Paola Canas, Rachel Koren, Sara Underwood, Tara Leigh Patrick, and Tiffany Toth Gray, <br><br>Plaintiffs, <br><br>vs. <br><br>Ferny Properties LLC dba The Northern, <br><br>Defendant. | Case No.: 3:21-CV-00210-ARS <br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on December 28, 2021, the following document:

**Defendant's Corporate Disclosure Statement**

was sent via email to be filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

mike@mplawnd.com
**Michael S Montgomery**
**MONTGOMERY & PENDER, P.C.**
**PO Box 9199**
**Fargo ND 58106**

edmund@aronowitzlawfirm.com
**Edmund S. Aronowitz**
**ARONOWITZ LAW FIRM PLLC**
**220 S Main St Ste 305**
**Royal Oak MI 48067**

I further certify that a copy of the foregoing document will be mailed by first class mail, postage paid, to the following non-ECF participants: **Not Applicable**

Dated this 28 day of December, 2021.

                                             */s/ Bradley J. Beehler*
                                             Bradley J. Beehler #05319
                                             MORLEY LAW FIRM, LTD.
                                             P.O. Box 14519
                                             Grand Forks, ND 58208-4519
                                             (701) 772-7266
                                             bbeehler@morleylawfirm.com
                                             Attorneys for Ferny Properties LLC
                                             dba The Northern